# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICARDO RUBIO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTODESK, INC. a California Corporation, SUZANNE POIRIER, in her individual capacity, marital community, and corporate capacity,<br><br>    Defendants. | Case No. 2:25-cv-00386-JHC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - POIRIER** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing Plaintiff's claims **against Defendant Suzanne Poirier** in the above-captioned case with prejudice and without costs or fees to any party.

**STIPULATED** and **AGREED** this 8th day of April 2025

*/s/ Kaitlyn M. Gould*
Kaitlyn M. Gould, WSBA #58622
Skidmore & Fomina, PLLC
1800 112th Avenue, Suite 150
Bellevue, WA  98004
kgould@skidmorefomina.com
*Attorney for Plaintiff*

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1

*/s/ Kristofer T. Noneman* (via Email Authorization)
Sherry L. Talton, WSBA #42780
Kristofer T. Noneman, #61697
Ogletree, Deakins, Nash, Smoak & Stewart P.C
1201 Third Ave. Suite 5150
Seattle, WA 98101
sherry.talton@ogletree.com
kristofer.noneman@ogletree.com
*Attorneys for Defendant Suzanne Poirier*

## ORDER

In accordance with the Stipulation and Request for Dismissal filed by the parties, the Court hereby orders that Plaintiff's Complaint in this matter is hereby dismissed with prejudice as to Defendant Suzanne Poirier, with each party to bear their own fees and costs.

DATED this 9th day of April, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2