UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICARDO RUBIO, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>AUTODESK, INC. a California Corporation, SUZANNE POIRIER, in her individual capacity, marital community, and corporate capacity,<br><br>                Defendants. | Case No. 2:25-cv-00386-JHC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

In accordance with the Stipulation and Request for Dismissal filed by the parties, Dkt. # 19, the Court hereby orders that Plaintiff's Complaint in this matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED**

DATED: July 24, 2025.

                                      */s/ John H. Chun*
                                      JOHN H. CHUN
                                      UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE - 1